# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES HOWARD,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C07-1187-RSL<br><br><br>ORDER FOR REMAND |

    Based upon the stipulation of the parties, it is hereby ORDERED that the above-captioned case be remanded to the Commissioner of Social Security for further administrative proceedings, further development of the record, a new hearing and a new decision. On remand, the ALJ will: 1) further evaluate the opinion of Mark Levy, M.D.; 2) consider the opinion of Robert Bernardez-Fu, M.D.; 3) in light of the expanded record the ALJ should re-evaluate Plaintiff's credibility pursuant to Social Security Ruling (SSR) 96-7p; 4) re-evaluate Plaintiff's residual functional capacity pursuant to SSR 96-8p; 5) re-evaluate the lay witness statement; and 6) finally, if necessary, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations including the mental limitations assessed by Steven Haney, M.D., a reviewing physician at the State agency; on Plaintiff's ability to perform any other work that exists

Page 1    ORDER - [2:07-cv-1187-RSL-MAT]

in significant numbers in the national economy consistent with SSR 00-4p, as Plaintiff is unable to perform his past relevant work.

Plaintiff may present new arguments and evidence. The ALJ may perform further development and conduct further proceedings as necessary.

This case is reversed and remanded pursuant to sentence four of 43 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses and attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a),(d).

DATED this 22nd day of January, 2008.

*signature*
Robert S. Lasnik
United States District Judge

Recommended for Entry
this 17th day of January, 2008.

s/ Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-3748
FAX: (206) 615-2531
richard.rodriguez@ssa.gov

Page 2     ORDER - [2:07-cv-1187-RSL-MAT]